IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARY SUE SHIELDS                          PLAINTIFF

VERSUS                    CIVIL ACTION #3:23-CV-516-DPJ-FKD

MISSISSIPPI DEPARTMENT OF CORRECTIONS,
                                      et al  DEFNDATS

## AMENDED COMPLAINT

ON APRIL 16, 2023 my life changed! I was sent to an all MALE maximum security prison, where I didn't know what to expect. I was subject to all kinda abuse! Mental abuse I started going through Deep Depression Disorder. Where I started not eating or sleeping it had started interference with my daily function of living. I started having short time memorial loss. I couldn't remember small things like did I take my daily medication when I should had. Started forgetting addresses and phone numbers

pg-2of5

I had knew all my life. Then in May of 2023 the Humilation started by watching several ladies giving oral sex to the kitchen worker, when they (men) found out that we (females) were outside on yard call. The last two gates to the bull pen didn't lock and they would catch which ever ladies that was inside them. The lady would come out the bullpen to the end of the back door and there she would perform sexual activities, out in the open where we was able to see them. I never knew if I was going to become a victim or worse if the lady told the men's that I wasn't going to be apart of the sexual abuse. That's when I found out the ladies was paying sex or oral sex for cigarettes, because they wasn't allowed to order them. I had been sexual abused when I was younger it made me go into a mental breakdown because I started reliving the sexual assualt that happen to me when I was a child. I started hearing voices at night when we were supposely

pg. 3 of 5

been in the pod by ourselves, but we were not. At late hours the kitchen workers had started coming on the pod claiming to be filling up the ice coolers and bringing the females juice. Then in June of 23 I can remember when we (females) was in the shower the (males) was talking to us. At first I thought that they was outside, but I learned that they (males) was inside the mechanical room looking at us the whole time we was inside the shower. Several of us (females) informed the officer and she went out back and had them to leave from back there. Then in July of 23 we were placed on institutional lock down and all the females including my selves was frighten and parania we (females) didn't know what was going on didn't know what was ready to happen and if something was going to happen to me. I was scare to go in the cell and lock myself inside because the main control switch wasn't working correctly and had fail to operate properly several

times since the females was housed there. As a matter of facts they (males) maintenance switched the control panel from automatic to manual because the control panel kept short circuit the control panel and the doors wouldn't open or close once the panel went out! At first we was told the reason we were placed on institutional lockdown was because the house next to the prison said he saw someone walking through his back yard towards the prison. The next couple days we were told a pack was found on the ground! We were able to watch the news and saw where the pack that was found on the compound had a weapon with live ammunition inside it. Not only that, but officer Robinson came to my door several times in the couple days we were on lockdown and you could see the stress all across her face. And when I asked her what was wrong she kept saying that guy was the one whom killed her little cousins. And

pg. 5 of 5

she just know that the gun he threw over the fence was the gun that killed him. Officer Robinson explained to me that he had gotten killed in Jackson after his adopted mother died. And that she (Robinson) was the one whom made the spread for his casket. I tried to console her the best I could, but in her heart she (Robinson) knew it was the killer and the gun that killed her little cousin. And that it was thrown over the fence to do more harm than good. I (Mary Shields) didn't know what to say or think any more. I just know I couldn't take any more of the mental abuse, corporal punishment that my mind and body had started repeatedly going through. I had started looking and feeling way older than my actual age. I suffer all of this pain and hardship due to the facts that I was lied on.

Relief sought: Not to be returned to Delta Correctional Facility until under new management

August 15, 2025
Time _____

On the above date and time I, _____ _____ do hereby aknowledge that this statement is correct and true. I, _____ wasn't threaten or offer any bribery to signing this statement. I didn't write my name or had anything to do with investigation rule violation report No# 2171452.

_____
Signature